AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

2.4357 ACRES OF LAND, MORE OR LESS, SITUATE IN STEVENS COUNTY, STATE OF WASHINGTON; and STATE OF WASHINGTON, et al.,

    Defendants.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-12-0568-TOR

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that full just compensation payable by the Plaintiff for the taking of the property identified in the Second Amended Complaint and the Amendment to Declaration of Taking (ECF No. 12), the title to which has already vested in the United States, together with all improvements thereon and appurtenances thereunto belonging, shall be the the sum of $100.00 inclusive of interests and costs.  See Stipulated Judgment Determining Just Compensation and Final Order of Distribution  filed on 2/08/13 at ECF No. 16.   Judgment is hereby entered in favor of Defendant State of Washington in the amount of $100.00 against Plaintiff United States of America.

February 8, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Penny Lamb
*(By) Deputy Clerk*
Penny Lamb